IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RANDAL HARTWELL JR.**,
*Individually and on behalf*
*of those similarly situated*

    Plaintiff,

        v.                  **CASE NO. 2:22-cv-02410-TLP-tmp**
                                    FLSA Collective Action
                                    **Jury Demanded**

**LOCAL IN MEMPHIS, LLC**,
*a Tennessee limited liability company*,
**THE VAULT ON GE PATTERSON, LLC**,
*a Tennessee limited liability company,*
**E & H 2.0, LLC**, *a Tennessee limited liability company,*
and **TYSON BRIDGE**, *an individual*

    Defendants.

## JOINT MOTION FOR APPROVAL OF REVISED FLSA SETTLEMENT

Plaintiff Randall Hartwell, Jr., on behalf of himself and opt-in Plaintiffs ("Plaintiffs"), and Defendants, Local In Memphis, LLC, The Vault On GE Patterson, LLC, E&H 2.0, LLC and Tyson Bridge ("Defendants"), jointly move this Court for an Order approving the revised settlement of the Plaintiffs' Fair Labor Standards Act ("FLSA") claims. In support of their motion, the parties state that the resolution is a fair and reasonable compromise of all issues in dispute and was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights.[1] In further support of this Motion, the parties file a memorandum of law contemporaneously herewith.

---

[1] This FLSA settlement was achieved through a mediation with Allen Blair, Esq, a well-respected mediator and employment lawyer.

Date: July 31, 2023.  Respectfully submitted,

*/s/J. Russ Bryant*
J. Russ Bryant (TN # 33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
*rbryant@jsyc.com*

*Counsel for Plaintiffs*

&

*s/L. Clayton Culpepper with permission by JRB*
L. Clayton Culpepper (#23583)
Michael R. Marshall (#15225)
**EVANS PETREE P.C.**
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120
Phone: (901) 474-6142
*cculpepper@evanspetree.com*
*mmarshall@evanspetree.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 31st day of July, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

*/s/J. Russ Bryant*
J. Russ Bryant