# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**RANDAL HARTWELL JR.,**
*Individually and on behalf*
*of those similarly situated*

      Plaintiff,

          v.                    **CASE NO. 2:22-cv-02410-TLP-tmp**
                                        FLSA Collective Action
                                        **Jury Demanded**

**LOCAL IN MEMPHIS, LLC**,
*a Tennessee limited liability company*,
**THE VAULT ON GE PATTERSON, LLC**,
*a Tennessee limited liability company,*
**E & H 2.0, LLC**, *a Tennessee limited liability company,*
and **TYSON BRIDGE**, *an individual*

      Defendants.

## NOTICE OF CORRECTION

Plaintiff Randal Hartwell, Jr, and opt-in Plaintiffs ("Plaintiffs") notify the Court of a correction pertaining to the Parties previously filed Revised Motion for FLSA Settlement Approval (D.E. 42). The Settlement Agreement attached as Exhibit 1 to the Parties' Motion contained an error. The corrected Exhibit 1 (Settlement Agreement) is attached hereto.

Date: August 4, 2023.   Respectfully submitted,

*/s/J. Russ Bryant*
J. Russ Bryant (TN # 33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
*rbryant@jsyc.com*

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 4th day of August, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

*/s/J. Russ Bryant*
J. Russ Bryant