# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RANDALL HARTWELL JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:22-cv-02410-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| LOCAL IN MEMPHIS, LLC, THE VAULT ) | |
| ON GE PATTERSON, LLC, E & H 2.0, ) | |
| LLC, and TYSON BRIDGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR FLSA SETTLEMENT APPROVAL

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF Nos. 42, 43.)  And the parties submitted their proposed settlement agreement for inspection and review.  (*See* ECF No. 43-1.)  Having reviewed the joint motion (ECF Nos. 42, 43) and the proposed settlement agreement (ECF No. 43-1), the Court finds that the parties' agreement is a fair and reasonable resolution of Plaintiffs' claims.  The Court, therefore, **GRANTS** the joint motion for FLSA settlement approval.  Once the parties file a stipulation of dismissal, the Court can consider entering judgment under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO ORDERED**, this 8th day of August, 2023.

                                                      s/ Thomas L. Parker
                                                    THOMAS L. PARKER
                                                    UNITED STATES DISTRICT JUDGE